**UNITED STATES COURT OF APPEALS**
**for the Fifth Circuit**

_____

No. 97-60022
_____

IRMA M. WOODS, d/b/a Prairie View Farms,

                                        Plaintiff-Appellant,

VERSUS

E. I. DUPONT DE NEMOURS & COMPANY,

                                        Defendant-Appellee.

_____

Appeal from the United States District Court
for the Southern District of Mississippi
(4:95-CV-6(L)(N))
_____
December 10, 1997

Before DAVIS, JONES, and DENNIS, Circuit Judges.

PER CURIAM:*

     The judgment of the district court is affirmed on the basis of

its careful memorandum opinions dated October 11, 1996, and

December 10, 1996.

     AFFIRMED.

_____

     *Pursuant to 5TH CIR. R. 47.5, the Court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.